# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Irene Darby, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 8:21-1312-RMG |
| ) | |
| vs. ) | |
| ) | |
| Kilolo Kijakazi, Acting Commissioner ) | |
| of Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

This matter comes before the Court on the motion of the Acting Commissioner, with the consent of Plaintiff, to remand this matter to the Social Security Administration for further administrative processing, to include the following: (1) consider Plaintiff's request to change her onset date; (2) further evaluate the severity of Plaintiff's impairments; (3) further develop the record regarding SSR 17-4; (4) obtain, if warranted, a medical expert related to the nature and severity of any functional limitations resulting from Plaintiff's impairments; (5) further evaluate Plaintiff's RFC; (6) further evaluate Plaintiff's subjective complaints; (7) obtain, if warranted, supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base; and (8) issue a new decision for the period prior to May 28, 2020. (Dkt. No. 13). For good cause shown, the motion is granted.

The Court **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further proceedings consistent with this order.

AND IT IS SO ORDERED.

-1-

S/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

Charleston, South Carolina
February 13, 2022